UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JONATHAN C. WILLIAMS, et al.,                                                                    Plaintiffs,

v.                                                                    Civil Action No. 3:13-cv-1166-DJH-CHL

PBI BANK, INC., et al.,                                                                             Defendants.

\* \* \* \* \*

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Orders entered November 22, 2017 (Docket No. 165) and this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is entered in favor of Defendant/Third-Party Plaintiff PBI Bank, Inc. with respect to its third-party claims against Third-Party Defendants American Tax Funding, LLC; Jamos Fund I, LP; FTS Realty, LLC; DES Realty, LLC; and AES Realty, LLC.

(2)   All claims having been resolved (*see* D.N. 31; D.N. 134; D.N. 157; D.N. 158; D.N. 135; D.N. 140; D.N. 162; D.N. 165), this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

(3)   This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

January 10, 2018

**David J. Hale, Judge**
**United States District Court**